IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES E. ANDERSON SR.,

    Plaintiff,

v.

LOUDEN, LLC, and DOES 1–100, inclusive,

    Defendants.

No. C 13-04159 WHA

**ORDER TO SHOW CAUSE**

On October 30, defendants filed a motion to dismiss the complaint. Plaintiff's opposition or statement of non-opposition thereto was due on November 13. No response has been received. Plaintiff James Anderson, who is proceeding pro se, is hereby **ORDERED TO SHOW CAUSE** why the motion to dismiss should not be granted. Plaintiff's response is due by **NOVEMBER 29**.

Plaintiff is warned that failure to timely respond to this order may result in defendants' motion being granted or the action being dismissed for failure to prosecute. The hearing scheduled for **DECEMBER 5** shall remain in place.

**IT IS SO ORDERED.**

Dated: November 22.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE